# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA DENISE DAVIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CV157** |
| | ) | |
| V. | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **ORDER** |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 8). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 8) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED May 22, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**