# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA D. DAVIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CV157** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **ORDER TO SHOW CAUSE** |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This action was filed on May 22, 2014.  (Filing 1.)  On that day, several summons were issued (filing 7), and Plaintiff was given leave to proceed in forma pauperis (filing 9).  Since that date, no activity has taken place in this suit.

Accordingly,

**IT IS ORDERED** that by or before November 5, 2014, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution.  Failure to comply with this Order may result in the dismissal of this case without further notice.

**DATED October 22, 2014.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**