## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DEBRA D. DAVIE,

               Plaintiff,

     vs.

CAROLYN W. COLVIN, Commissioner,
Social Security Administration;

               Defendant.

8:14CV157

JUDGMENT

In accordance with the accompanying Memorandum and Order:

1.     The Defendant's motion to remand (Filing No. 21) is granted;

2.     The decision of the Appeals Council is reversed; and

3.     This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Memorandum and Order.

Dated this 4th day of May, 2015

               BY THE COURT:

               s/Laurie Smith Camp
               Chief United States District Judge